No. 69198.—New York Merchandise Co., Inc. v. United States, protest 64/7326 (Los Angeles).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of plastic back scratchers the same in all material respects as those the subject of *Ignaz Strauss & Co., Inc., et al.* v. *United States* (45 Cust. Ct. 161, C.D. 2218), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 30, 1965

No. 69199.—Lafayette Radio Electronics Corp. v. United States, protest 62/17659 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of multitesters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.

No. 69200.—Shriro Trading Corp. v. United States, protests 64/4783 and 64/4784 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of various types of meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.